UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **DONNA SHEHANE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 08-CV-2125 |
| ) | |
| **COUNTY OF KANKAKEE, sued as** ) | |
| **the County of Kankakee, a municipal** ) | |
| **corporation, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#28) was filed by Magistrate Judge David G. Bernthal in the above cause on November 19, 2008. Judge Bernthal recommended granting the Motion to Dismiss Plaintiff's Complaint (#15) filed by Defendants. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

   IT IS THEREFORE ORDERED THAT:

   (1) The Report and Recommendation (#28) is accepted by this court.

   (2) Defendants' Motion to Dismiss Plaintiff's Complaint (#15) is GRANTED. Plaintiff's Complaint (#1) is dismissed with prejudice.

   (3) This case is terminated.

ENTERED this 15th day of December, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE